# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

In re:

Cenergy, LLC, *et. al.*,

Debtors[1].

Case No. 23-11558-cjf
Chapter 11

## NOTICE OF (I) HEARING TO CONSIDER THE DISCLOSURE STATEMENT AND (II) DEADLINE TO OBJECT TO ADEQUACY OF DISCLOSURE STATEMENT

TO ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on February 26, 2024, the Debtors filed with the Court their proposed Plan and Disclosure Statement in these chapter 11 cases, and that the Court will consider whether to approve, as containing adequate information, the Debtors' Disclosure Statement Dated February 26, 2024, at a hearing set for **April 5, 2024 at 10:00 a.m. CT**, before the Honorable Catherine J. Furay, United States Bankruptcy Judge, at the U.S. Bankruptcy Court, Western District of Wisconsin, 120 North Henry Street, Courtroom 350, in Madison, Wisconsin.

**THIS NOTICE DOES NOT CONSTITUTE A SOLICITATION OF ACCEPTANCES OF A PLAN OF REORGANIZATION. ACCEPTANCES MAY NOT BE SOLICITED UNLESS AND UNTIL THE DISCLOSURE STATEMENT HAS BEEN APPROVED BY THE COURT.**

Any creditor or party in interest may request a copy of the proposed Disclosure Statement and Plan by contacting counsel for the Debtor, Attorney Craig E. Stevenson, by emailing his assistant Shari Dahms at syd@dewittllp.com.

Written objections to the adequacy of the Disclosure Statement shall be filed with the Court and served upon the Debtors via undersigned counsel, and upon the United States Trustee, on or before **April 1, 2024**. The address of the Court for filing an objection is:

---

[1] Jointly administered with Case No. 23-11559 *Cenergy II, LLC*, and Case No. 23-11560 *Consumers Cooperative Association of Eau Claire*.

U.S Bankruptcy Court
Western District of Wisconsin
120 North Henry Street, Room 340
Madison, Wisconsin 53703-2559

If you mail your request to the Court for filing, you must mail it early enough so the Court will receive it on or before April 1, 2024. Any objections not timely filed may be deemed waived.

Upon approval of the Disclosure Statement, the Court may also set a time within which the holders of claims and interests may accept or reject the Debtors' Plan of Reorganization and may set a date for the hearing on confirmation of the Plan, and other deadlines related to the Plan confirmation process.

Dated: February 26, 2024.

**DeWitt LLP**

By: */s/ Craig E. Stevenson*
 Craig E. Stevenson (#1060082)
 Two East Mifflin Street, Suite 600
 Madison, WI 53703-2865
 608-252-9263
 ces@dewittllp.com

 Counsel for the Debtors